# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 21, 2011

*Before*

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD A. POSNER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

No. 09-2022

| | |
|---|---|
| R.C. WEGMAN CONSTRUCTION COMPANY, <br>   *Plaintiff-Appellant*, <br><br> *v.* <br><br> ADMIRAL INSURANCE COMPANY and BRIAN BUDRIK, <br>   *Defendants-Appellee*s. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 08 C 6479 <br><br> James B. Zagel, *Judge*. |

**O R D E R**

On motion by the appellant to correct the opinion in this case issued on January 14, 2011:

1.  The name of the appellant in the caption is corrected to R.C. Wegman Construction Company.

2.  On page 6 of the slip opinion, the second full sentence is corrected to read as follows: "We learned at argument that Wegman has since hired a new attorney and sued the lawyer who had been retained by Admiral to handle Wegman's defense against Budrik's suit."